May 24, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

IN THE MATTER OF R.R.

NO. 14-10-01233-CV

_____

This cause, an appeal from the judgment adjudicating the appellant, R.R., as a delinquent, signed October 13, 2010, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We further order this decision certified below for observance.